**Edwin Wade SHARPE, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10487.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 22, 1947.

Appellant in pro. per.

Claude P. Stephens, of Lexington, Ky., for appellee.

Before HICKS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, the briefs and the argument of counsel for appellee; and no reversible error appearing from the record, it is ordered and adjudged that the judgment of the District Court entered April 9, 1947, and herein appealed from, be and the same is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge in United States v. Sharpe, 61 F. Supp. 237.

■

**Victor Manuel SOSA et al. v. Juan Isidro SOSA et al.**

**No. 4242.**

Circuit Court of Appeals, First Circuit.

Nov. 6, 1947.

Arturo Ortiz Toro, of San Juan, P. R., for appellants.

H. Torres Sola and Gabriel de La Haba, both of San Juan, P. R., for Antonio R. Matos, appellee.

Frank Martinez, of San Juan, P. R., for Federal Land Bank of Baltimore, appellee.

Jaime Sifre, Jr., of San Juan, P. R., for Loiza Sugar Co., appellee.

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

Upon consideration of the statement on appeal filed by appellants on July 15, 1947, the motion to affirm or dismiss appeal filed by appellee Matos on July 22, 1947, and memorandum in support thereof, and the typewritten transcript of record in this case; it is now here ordered, adjudged and decreed as follows: The judgment of the Supreme Court of Puerto Rico is affirmed, under Rule 39(b).

■

**Austin Miller STATLER, Jr., and Thomas Jackson Matthews, Appellants, v. UNITED STATES of America, Appellee.**

**No. 11886.**

Circuit Court of Appeals, Fifth Circuit.

Nov. 18, 1947.

Writ of Certiorari Denied Feb. 2, 1948.

See 68 S.Ct. 452.

L. E. Gwin, of Memphis, Tenn., and Jack H. McGuire, of Tuscaloosa, Ala., for appellants.

John D. Hill, U. S. Atty., of Birmingham, Ala., for appellee.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

There is abundant evidence to support the verdict of the jury as to the guilt of both defendants. We find no reversible error in the record, and the judgments are affirmed.